1042

## Arthur BARKER v. STATE.
### No. 16616.

Court of Criminal Appeals of Texas.
Feb. 14, 1934.

Rehearing Denied March 14, 1934.

Floyd Harry, of Farmersville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The unlawful sale of intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

The indictment appears regular and regularly presented. A plea of guilty was entered. The record is before this court without statement of facts and bills of exception.

No error having been perceived, the judgment is affirmed.